UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number: 11-20265 JHW

Debtor: Ralph A. & Pamela S. Ewald, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1834613 | City of Salem | 3239.06 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   February 11, 2014